IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

**Plaintiff,**

v.

  ROBERT L. CUMMINGS, JR.,

**Defendant,**                                             No. **11-CR-30020-DRH**

====================================
AUCTION BROADCASTING COMPANY, LLC,

**Garnishee.**


### GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on May 15, 2013, stating that at the time of the service of the Writ she had in her possession or under her control personal property belonging to and due defendant.

On May 7, 2013, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

**IT IS ORDERED** that Garnishee pay 25% of the defendant's net wages to plaintiff, and continue said payments until the debt to the plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property

belonging to the Debtor or until further Order of this Court.

Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201.

The plaintiff is to provide a copy of this Order to the Garnishee.

**IT IS SO ORDERED.**

Signed this 31st day of May, 2013.

David R. Herndon
2013.05.31
15:18:51 -05'00'

**Chief Judge**
**United States District Court**